✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF ___MASSACHUSETTS___

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| CAESAR MERCEDES | Case Number:  04-858-MBB |
| NOEL HERNANDEZ | |

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>ROBERT PEABODY | DEFENDANT'S ATTORNEY<br>M. ANDREWS, P. HORSTMANN |
|---|---|---|
| TRIAL DATE (S)<br>7/19/04 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/19/04 | | | SP. AGENT CHRISTOPHER DIORIO |
| 1 | | 7/19/04 | X | X | AFFIDAVIT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.